IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FRANCO TEZA MENDEZ,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | MOTION TO VACATE<br>28 U.S.C. § 2255<br><br>CRIMINAL ACTION FILE<br>NO. 1:16-CR-341-MHC-CMS-6<br><br>CIVIL ACTION FILE<br>NO. 1:19-CV-4539-MHC-CMS |

## ORDER

This *pro se* motion under 28 U.S.C. § 2255 [Doc. 394] is before the Court on the Final Report and Recommendation of the Magistrate Judge [Doc. 512] recommending that the motion be denied and a certificate of appealability be denied. The Order for Service of the R&R [Doc. 513] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. No party has filed objections to the R&R within the prescribed time period or otherwise responded.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1). Based upon the absence of objections to the R&R, in

accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no plain error and that the R&R is supported by law.

The Court **APPROVES AND ADOPTS** the Report and Recommendation [Doc. 512] as the judgment of the Court. It is hereby **ORDERED** that Movant's § 2255 motion [Doc. 394] is **DENIED** and that Civil Action No. 1:19-CV-4539-MHC-CMS is **DISMISSED**. It is further **ORDERED** that a certificate of appealability is **DENIED** because Movant has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

**IT IS SO ORDERED** this 12th day of August, 2020.

_____
MARK H. COHEN
United States District Judge